Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
CATHERINE SORIA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE SORIA | Case No.: 1:18-cv-00089-SKO |
| Plaintiff, | STIPULATION TO EXTEND TIME; ORDER |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (Doc. 9) |
| Defendant. | |

TO SHELIA K. OLBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED. Plaintiff Catherine Soria and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 11 days from July 4, 2018 to July 16, 2018 for Plaintiff to send over her settlement proposal, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first

-1-

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: July 5, 2018	Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Denise Bourgeois Haley*

BY: _____
Denise Bourgeois Haley
Attorney for plaintiff Ms. Catherine Soria

DATE: July 5, 2018	MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

/s/ *Tina Naicker*

BY: _____
Tina Naicker
Special Assistant United States Attorney
Attorneys for Defendant
NANCY A. BERRYHILL,
Acting Commissioner of Social Security
|*authorized by e-mail|

# **ORDER**

Based on the parties' stipulation (Doc. 9), IT IS HEREBY ORDERED that Plaintiff is granted an extension of time, up to and including July 16, 2018, to file the Confidential Letter Brief. All other deadlines set forth in the Scheduling Order (Doc. 3) are modified accordingly.

IT IS SO ORDERED.

Dated: **July 9, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE