Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
CATHERINE SORIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE SORIA,<br><br>    Plaintiff,<br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-00089-SKO<br><br>STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF<br><br>(Doc. 13) |

    Plaintiff Catherine Soria and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from September 26, 2018 to October 31, 2018 for Plaintiff to file a Opening Brief, with all other dates in the Court's scheduling order extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel was out of town due to a

///

///

-1-

family death earlier this summer and having been out for a month, her schedule has been significantly affected. Counsel is working diligently to complete all the back logged motions.

DATE: September 26, 2018          Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ Denise Bourgeois Haley

BY: _____
Denise Bourgeois Haley
Attorney for plaintiff Catherine Soria

DATE:  September 26, 2018

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

/s/ *Tina Naicker*

BY: _____
Tina Naicker
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

## **ORDER**

Pursuant to the Court's Scheduling Order, Plaintiff's opening brief was due to be filed no later September 26, 2018. (Doc. 3.)  The parties filed the above "Stipulation to Extend Time to File Opening Brief" (the "Stipulation") on September 28, 2018—two days after Plaintiff's opening brief deadline expired.  (Doc. 13.)

The Court may extend time to act after the deadline has expired because of "excusable neglect." Fed. R. Civ. P. 6(b)(1)(B).  Here, although the Stipulation demonstrates good cause to

support the request for extension of time (*see* Fed. R. Civ. P. 16(b)(4)), no such excusable neglect has been articulated—much less shown—to justify the untimeliness of the request. Notwithstanding this deficiency, given the absence of bad faith or prejudice to Defendant (as evidenced by her agreement to the extension of time after the deadline), and in view of the liberal construction of Fed. R. Civ. 6(b)(1) to effectuate the general purpose of seeing that cases are tried on the merits, *see Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010), the Court GRANTS the parties' stipulated request. **The parties are cautioned that future post hoc requests for extensions of time will be viewed with disfavor.**

     IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, up to and including October 31, 2018, by which to file her opening brief. All other deadlines set forth in the Scheduling Order (Doc. 3) are modified accordingly.

IT IS SO ORDERED.

Dated: __**September 30, 2018**__            /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE