MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| CATHERINE SORIA,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:18-cv-00089-SKO<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME AND ORDER**<br><br>**(Doc. 20)** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from January 29, 2019 to **March 9, 2019**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Good cause exists to grant Defendant's request for extension. Due to the government shutdown, Counsel had to extend her Ninth Circuit brief, which required multiple levels of review including the U.S. Attorneys' Office. As a result of scheduling conflicts from the shutdown, Counsel had to extend her Ninth Circuit matter to make time for U.S. Attorney review. Counsel also has over 80+ active social security matters, which require two or more dispositive motions per week until mid-March. Due to heavy caseload and

1

unexpected leave, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable.

Respectfully submitted,

Dated: January 29, 2019        /s/ * *Denise Haley*
                               (*as authorized by email on January 29, 2019)
                               DENISE HALEY
                               Attorney for Plaintiff


Dated:  January 29, 2019       MCGREGOR W. SCOTT
                               United States Attorney
                               DEBORAH LEE STACHEL
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                        By     /s/ *Tina L. Naicker*
                               TINA L. NAICKER
                               Special Assistant U.S. Attorney
                               Attorneys for Defendant

## **ORDER**

The Court is in receipt of the parties' above "Joint Stipulation for Extension of Time" requesting an extension of time until March 9, 2019, for Defendant to file a response to Plaintiff's Opening Brief. (Doc. 20). This is Defendant's second request for an extension of time and pursuant to the Court's order entered December 28, 2018 (Doc. 19), Defendant's response to Plaintiff's Opening Brief was due January 29, 2019, the same day on which the parties filed the present request for extension.

Requests for extension are governed by Rule 144 of the Local Rules of the United States District Court, Eastern District of California ("Local Rules"). Local Rule 144(d) explains that

"[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." Given defense counsel's representations regarding her caseload and the recent government shutdown, and the fact that Plaintiff consents to the request, the Court GRANTS the parties' request for an extension. However, the parties are hereby admonished that any future requests for extension of time shall be brought in advance of the required filing date and be supported by good cause under Fed. R. Civ. P. 16(b)(4).

**IT IS HEREBY ORDERED that Defendant shall respond to Plaintiff's Opening Brief on or before March 9, 2019**. All other deadlines set forth in the Scheduling Order (Doc. 3) are modified accordingly.

IT IS SO ORDERED.

Dated: **January 30, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE