# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE SORIA,<br><br>   Plaintiff,<br> vs.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>   Defendant | Case No.: 1:18-cv-00089-SKO (SS)<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(Doc. 27) |

Based upon the parties' stipulation for the award and payment of Equal Access to Justice Act fees, costs, and expenses (Doc. 27),

IT IS HEREBY ORDERED that attorney's fees and expenses in the amount of four thousand five hundred dollars ($4,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of four hundred dollars ($400.00) pursuant to 28 U.S.C. § 1920, be awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: **August 8, 2019**       /s/ *Sheila K. Oberto*
                   UNITED STATES MAGISTRATE JUDGE