```
MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov
```

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| CATHERINE SORIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:18-cv-00089-SKO<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO MODIFY BRIEFING SCHEDULE FOR MOTION FOR ATTORNEYS FEES (Dkt. 29); ORDER**<br><br>(Doc. 32) |

　　　　IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to the Motion for Attorneys Fees Pursuant to 42 U.S.C. §406(b) (Dkt. 29) be extended from April 23, 2021 to **May 21, 2021**.  This is Defendant's first request for extension.   Good cause exists to grant Defendant's request for extension.  After several weeks of intermittent leave due to Counsel for Defendant ("Counsel") extended family member in the Intensive Care Unit (ICU), Counsel's extended family member passed away over the weekend. Counsel also has over 80+ active social security matters, in various stages of litigation, including several dispositive motions and a Ninth Circuit brief due to the U.S. Attorney's Office.  Due to

heavy caseload, unexpected leave, and anticipated leave for funeral and prayer services, Counsel needs additional time to adequately review the Motion for Attorneys Fees and provide Defendant's response. . Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as practicable, following her leave.

Respectfully submitted,

Dated:  April 23, 2021              /s/ *  *Denise Haley*
                                    (*as authorized by email on April 23, 2021)
                                    DENISE HALEY
                                    Attorney for Plaintiff


Dated:  April 23, 2021              MCGREGOR W. SCOTT
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                                    By      /s/  *Tina L. Naicker*
                                    TINA L. NAICKER
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant

**ORDER**

Pursuant to the parties' above stipulation (Doc. 32), and for good cause shown,

IT IS ORDERED that Defendant shall have an extension, up to and including May 21, 2021, to respond to the Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 29). Counsel for Plaintiff may file an optional reply brief by no later than June 4, 2021.

IT IS SO ORDERED.

Dated:   **April 26, 2021**                                         /s/ *Sheila K. Oberto*
                                                                               UNITED STATES MAGISTRATE JUDGE